**Order filed, June 6, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-22-00314-CV

**LENORE  GORDON, Appellant**

**V.**

**LAURA CHRISTIANSEN, Appellee**

---

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Case 2021-02054**

---

## ORDER

The reporter's record in this case was due May 24, 2022.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order , the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM